IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| STEPHANIE SUTTLE | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No. 19 cv 4541 |
| STEPHEN CALK and THE FEDERAL SAVINGS BANK | ) | Judge Joan H. Lefkow |
| Defendants. | ) | |

## SUTTLE'S LOCAL RULE 56.1(a)(2) STATEMENT OF MATERIAL FACTS

| 1 | ***Fact:*** In 2016, Stephanie needed a loan to buy-out her ex-husband's interest in their former marital home located at 13148 Brushwood Way, Potomac, Maryland 20854. |
| --- | --- |
| | ***Citation:*** Dkt. #17 (First Amended Complaint), ¶8; Dkt. #37 (Defendants' Answer to First Amended Complaint), ¶8. |

| 2 | ***Fact:*** Stephanie and her ex-husband owned the house jointly, as tenants by the entireties. |
| --- | --- |
| | ***Citation:*** Excerpt from "Separation and Property Settlement Agreement" SUTTLE00225 (Exhibit A) |

| 3 | ***Fact:*** In Fall of 2016, Stephanie informed the Defendants that she needed a loan to buy-out her ex-husband's interest in their former marital home in Maryland. |
| --- | --- |
| | ***Citation:*** Dkt. #37, ¶8, 12, 17 |

| 4 | ***Fact:*** On October 28, 2016 at 11:45 a.m., FSB completed a wire transfer of $398,276.34 Lerch, Early, & Brewer, a Maryland law firm, for Stephanie to pay off the existing mortgage on the home and to buy-out her ex-husband's interest in their former marital home. |
| --- | --- |
| | ***Citation:*** Dkt. #37, ¶25; Wire Confirmation TFSB000624 (Exhibit B) |

| 5 | ***Fact:*** Stephanie did not receive, or sign, the loan documents until after FSB had disbursed the loan funds. |
| --- | --- |
| | ***Citation:*** Dkt. #37, ¶¶25,26,29 |

| 6 | ***Fact:*** On October 28, 2016, after the loan funds had already been disbursed, FSB sent Stephanie a series of loan documents to sign, including a Loan Note, |
| --- | --- |

|   |   |
|---|---|
|   | Loan Agreement, Exhibit A to UCC-1 Statement, Borrowers' Certificate, Deed of Trust Assignment of Rents and Security Agreement, Deposit Account and Security Agreement, Disbursement Request and Authorization, and Environmental Indemnification Agreement.<br>***Citation:*** Dkt. #37, ¶29; October 28, 2016 e-mail from Ryan Murphy to Stephanie Suttle SUTTLE00149 (Exhibit C) |
| 7 | ***Fact:*** As a condition of making the loan, FSB required Stephanie to deposit $417,000.00 in a cash collateral account that it controlled.<br>***Citation:*** Dkt. #37, ¶20, 21 |
| 8 | ***Fact:*** The loan documents included a mortgage on Stephanie's home and a cash-collateral security interest over her bank account at FSB that held $417,000.00.<br>***Citation:*** Dkt. #37, ¶33, 34; Dkt. #37-1; Dkt. 37-2; Dkt. 37-3; Dkt. 37-4. |
| 9 | ***Fact:*** Before sending Stephanie the loan documents, FSB never provided her with any forms that disclosed the terms of the loan.<br>***Citation:*** Dkt. #37, ¶37 |
| 10 | ***Fact:*** On July 25, 2018, Stephanie, through her attorneys, sent FSB a notice of rescission.<br>***Citation:*** Dkt. #17 ¶¶43, 44, Exhibit A; Dkt. #37, ¶¶42, 43, 44, 45 |
| 11 | ***Fact:*** FSB never responded to the July 25, 2018 notice of rescission.<br>***Citation:*** Dkt. #37, ¶46, 52 |

                        Respectfully Submitted,
                        Plaintiff, Stephanie Suttle.

By:    /s/John D. Galarnyk, Esq.
        One of Her Attorneys

John D. Galarnyk, Esq. #6191543
Andrew J. Cunniff, Esq. #6308820
John A. Romanucci, Esq. #6333257
Galarnyk & Associates, Ltd.
55 W. Monroe Street, Suite 3600
Chicago, Illinois 60603
312-441-5800
John@galarnykltd.com
Andrew@galarnykltd.com
Johnr@galarnykltd.com

# EXHIBIT LIST

**A.** Excerpt from Stephanie's "Separation and Property Settlement Agreement", Bates marked as SUTTLE00225.

**B.** Wire Confirmation, Bates marked as TFSB000624.

**C.** October 28, 2016 email from Ryan Murphy to Stephanie with loan documents attached, Bates marked as SUTTLE00149.

**D.** Affidavit of Jason Koontz.

**D-1.** Expert Report of Jason Koontz.